DOA

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL COMPLAINT |
| v. | CASE NUMBER:  25-9387 MJ |
| Roman Borquez | |

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about August 21, 2025, in the District of Arizona, Defendant Roman Borquez., a person confined to Behavioral Systems Southwest, located in Phoenix, Arizona, pursuant to the direction of the Attorney General and the authority delegated to the Bureau of Prisons and by virtue of an Order entered against him in the United States District Court for the District of Arizona, originating Case No. CR 11-01865-001-PHX-ROS for violation of Title 21, U.S.C. §846 and Title 21, §§841(a)(1), 841(b)(1)(A), and 851 Conspiracy to Possess with Intent to Distribute Methamphetamine, a Class A Felony offense, as charged in Count 1 of the Second Superseding Indictment; Title 21, U.S.C. §§ 846, 841(a)(1), 841(b)(1)(C), and 851 Conspiracy to Possess with Intent to Distribute Heroin, a Class C Felony offense, as charged in Count 6 of the Second Superseding Indictment; Title 21, U.S.C. §§ 846, 841(a)(1), 841(b)(1)(C), and 851 Attempt to Possess with Intent to Distribute Heroin, a Class C Felony offense, as charged in Count 7 of the Second Superseding Indictment, did knowingly and willfully escape from custody.

In violation of Title 18, United States Code, Sections 751(a) and 4082(a).

I further state that I am Deputy U.S. Marshal.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated By Reference Herein.**

Continued on the attached sheet and made a part hereof:    ☒Yes    ☐ No

AUTHORIZED BY: AUSA Michael Shaw

| | |
|---|---|
| Tanner J. Dobson, Deputy U.S. Marshal | TANNER DOBSON  *Digitally signed by TANNER DOBSON Date: 2025.08.21 16:50:02 -07'00'* |
| Name of Complainant | Signature of Complainant |

Sworn to before me telephonically
8/21/2025 @7:00pm                          at    Phoenix, Arizona

| | |
|---|---|
| Date | City and State |

HONORABLE EILEEN S. WILLETT

| | |
|---|---|
| U.S. Magistrate Judge | Signature of Judicial Officer |

## STATEMENT OF PROBABLE CAUSE

I, Tanner Dobson, being duly sworn, hereby depose and state as follows:

1. I am a Deputy United States Marshal assigned to the United States Marshals Service (USMS), Phoenix, Arizona office, and have been so employed since February 2024. As part of my regular duties, I investigate violations of Title 18, United States Code (U.S.C.), Sections 751(a) and 4082(a), Escape from Custody, Title 18 U.S.C. 2250 investigations and fugitive investigations. This statement of probable cause is in support of a criminal complaint against Defendant Roman Borquez for violating 18 U.S.C. §§ 751(a) and 4082(a), Escape from Custody. After examining the Notice of Escape and the court record in this case, I have learned the following information:

2. On September 18, 2013, Defendant was found guilty for violation of Title 21, U.S.C. §§ 846, 841(a)(1), 841(b)(1)(A), and 851 Conspiracy to Possess with Intent to Distribute Methamphetamine, a Class A Felony offense, as charged in Count 1 of the Second Superseding Indictment; Title 21, U.S.C. §§ 846, 841(a)(1), 841(b)(1)(C), and 851 Conspiracy to Possess with Intent to Distribute Heroin, a Class C Felony offense, as charged in Count 6 of the Second Superseding Indictment; Title 21, U.S.C. §§ 846, 841(a)(1), 841(b)(1)(C), and851 Attempt to Possess with Intent to Distribute Heroin, a Class C Felony offense, as charged in Count 7 of the Second Superseding Indictment. Defendant was sentenced to the custody of the Bureau of Prisons (BOP) for a term of 188 months on June 30th, 2014.

3. On April 9, 2025, Defendant arrived at Behavioral Systems Southwest (BSSW), located at 2846 E. Roosevelt Street, Phoenix, Arizona to complete his sentence as directed by BOP. BSSW is a facility in which Defendant was lawfully ordered confined pursuant to the direction of the Attorney General, and the authority delegated by the Attorney General to the BOP. Defendant's release date is documented as February 11th, 2026.

4. On April 9, 2025, Roman Borquez signed BSS Phoenix Form 242 which states that he understood the full completion and acknowledgment of rules and procedures.

Paragraph three states the following: "I fully understand that any violation or infraction of said Rules and Procedures will result in immediate disciplinary action. I further understand that such disciplinary action may initiate mandatory release, probation or parole violation proceedings, and/or may result in my termination from this program and/or remanded to higher custody." Based off his signature on the form, Roman Borquez was aware of the consequences of not completing the rules.

5. On August 21, 2025, at approximately 9:40 a.m., Deputies from the United States Marshal Service arrived at BSSW to return Roman Borquez to higher custody. The staff at BSSW went to BORQUEZ room to bring him into the front office and it was discovered that BORQUEZ was not in his room. At approximately 9:55 a.m., BSSW staff conducted a fire drill where BORQUEZ was not identified to be present. At approximately 10:30 a.m., USMS deputies and BSSW staff observed BORQUEZ on the security cameras walking off the facility grounds at roughly 09:00 a.m. BORQUEZ did not have permission to leave the Residential Reentry Center. As of this date, Defendant's whereabouts remain unknown. This investigation is on-going.

6. This Affidavit of Probable Cause was sworn telephonically before a United States Magistrate Judge legally authorized to administer an oath for this purpose.   Based on the above listed facts, your Affiant submits there is probable cause to believe that BORQUEZ, committed Escape from Custody, in violation of Title 18, United States Code, Sections 751(a) and 4082(a).

///

///

///

///

///

///

///

///

3

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

TANNER DOBSON  Digitally signed by TANNER DOBSON
Date: 2025.08.21 17:13:33 -07'00'

Sworn by Telephone

Tanner J. Dobson, Deputy U.S. Marshal
United States Marshals Service

Date/Time: _____8/21/2025@7:00pm_____

EsWillett

HONORABLE EILEEN S. WILLETT
United States Magistrate Judge

4